UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WARING PARK, | Case No. 18-cv-06621-SI |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| UNITED STATES, | |
| Defendant. | Re: Dkt. No. 3 |

Plaintiff Waring Park, appearing pro se, has filed a complaint and an application for leave to proceed in forma pauperis (IFP), without prepayment of the filing fees. Dkt. Nos. 1, 3.

28 U.S.C. § 1915(a) authorizes the Court to permit the filing of a lawsuit, without prepayment of the filing fees, by a person who submits an affidavit showing that he is unable to pay the fees.

The IFP application that the Court received is missing pages 2 and 3. Plaintiff's application to proceed in forma pauperis is therefore DENIED as incomplete. **Plaintiff must re-submit a complete IFP application or pay the filing fee no later than November 27, 2018.**

**IT IS SO ORDERED**.

Dated: November 5, 2018

SUSAN ILLSTON
United States District Judge