UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARING PARK, <br>     Plaintiff, <br>     v. <br> UNITED STATES, <br>     Defendant. | Case No. 18-cv-06621-SI <br><br> **ORDER DISMISSING AMENDED COMPLAINT WITH LEAVE TO AMEND** <br><br> Re: Dkt. Nos. 10, 11 |

Plaintiff Waring Park has filed this lawsuit *pro se* and has been granted leave to proceed *in forma pauperis*, without prepayment of the filing fees. *See* Docket No. 8. The Court previously reviewed the complaint under 28 U.S.C. § 1915(e)(2) and dismissed the complaint with leave to amend. The Court found that plaintiff failed to state a claim because he did not make clear what illegal action the United States (the only defendant in this case) took against him. *Id.* at 3. The Court instructed plaintiff that in amending his complaint he must: "**(1) add concise, clear statements of the unlawful actions *by defendant*, including when these events happened and with enough detail to make plaintiff's claim *against defendant* plausible; AND (2) specifically identify the claims that plaintiff is bringing against defendant.**" *Id.* at 6. The Court required plaintiff file his amended complaint by December 21, 2018. *Id.*

Since the Court's last Order, plaintiff has filed a Request for Service by U.S. Marshal on Party-in-Interest (Docket No. 9), an Amended Complaint (Docket No. 10), and a Request for Injunction and Appointment of Attorney/Amendment (Docket No. 11).

The Court now finds that the Amended Complaint fails to state a claim for which relief can be granted. The Amended Complaint refers to various incidents that happened to plaintiff but still does not include information about <u>when</u> these events happened or enough detail to make the claim

against defendant plausible. For instance, the Amended Complaint states that "defendant denied plaintiff any meaningful opportunity to apply for a special-use permit to live in the forest" but does not explain how defendant did this or what about defendant's actions were illegal. *See* Am. Compl. at 1. Plaintiff also states that "Defendant effected multiple false arrests grounded in plaintiff['s] trespass in the National Forest" but he does not provide details for when these arrests occurred or how they were false arrests. *See id.* He mentions "water which plaintiff has been denied[,]" "deliberate gunfire intended to trigger known ophthalmic migraine condition[,]" "[a]ttempting to break-into plaintiff's 1966 VW BUG by smashing a wing window with a rock[,]" and "[t]ransporting plaintiff over 20 miles from his vehicle, and forcing him to walk back to it, clothed only in long underwear, in freezing temperatures"—but he does not explain when these events occurred or who did these things to plaintiff. *See id.* at 4, 6.

The Court is not unsympathetic to plaintiff's situation. But without more information, the Court does not know if plaintiff has a legal claim against the United States. Most of plaintiff's Amended Complaint is spent on legal argument, such as a long discussion of the International Covenant on Civil and Political Rights, which plaintiff himself says is "completely useless for American citizens" because it does not allow for individual complaints. *See id.* at 2-4.

The Court will give plaintiff one last chance to amend his complaint to state a claim. If plaintiff does not amend his complaint or the complaint continues not to state a claim, the Court will dismiss this case with prejudice.

**In his Second Amended Complaint, plaintiff must focus on the facts, rather than on legal argument. He must include <u>concise, clear statements of the unlawful actions</u> that he alleges occurred, timelines for <u>when</u> these events happened, and information about <u>who</u> committed the acts. <u>If plaintiff wishes to file a Second Amended Complaint, he must do so no later than February 13, 2019.</u>**

The Court will not rule on plaintiff's motion for appointment of counsel or request for an injunction at this time. Plaintiff need not re-file his motion for appointment of counsel or request for an injunction. The Court will rule on these requests once it has reviewed the Second Amended Complaint. As the Court explained in its last Order, the Court also will not order service of the

complaint by the U.S. Marshals Service at this time. Once plaintiff files his Second Amended Complaint, the Court will review it to determine whether it states a claim. If it does, the Court may then order service by the Marshals.

Plaintiff may find it useful to contact the Legal Help Center, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. Help Centers are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. **To make an appointment, call: (415) 782-8982.** *See also* https://www.cand.uscourts.gov/legal-help.

## CONCLUSION

Plaintiff's Amended Complaint is dismissed with leave to amend. **Any Second Amended Complaint must be filed no later than February 13, 2019.**

**IT IS SO ORDERED**.

Dated: January 16, 2019

_____
SUSAN ILLSTON
United States District Judge