UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARING PARK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 18-cv-06621-SI<br><br>**JUDGMENT** |

Plaintiff's Second Amended Complaint has been dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 25, 2019

SUSAN ILLSTON
United States District Judge